# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TRACYE ANNETTE ROSE**                                                                                    **PLAINTIFF**

V.                            **CASE NO.: 3:12CV00118-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

So ordered this 8th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE