**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TRACYE ANNETTE ROSE**                                                                        **PLAINTIFF**

**V.**                                  **CASE NO.: 3:12CV00118-BD**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                                              **DEFENDANT**

<u>**JUDGMENT**</u>

Pursuant to the order entered on this date, it is CONSIDERED, ORDERED, and

ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the

Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the

Commissioner.

So ordered this 8th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE